Argued and submitted April 30, reversed and remanded with instructions
June 3, 1992

## STATE OF OREGON,
*Respondent,*

*v.*

## EMMETT LEE GRANGER, SR.,
*Appellant.*

(90-03-31484; CA A68644)

830 P2d 639

Sally L. Avera, Public Defender, Salem, argued the cause and filed the brief for appellant.

Janet A. Klapstein, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and Stephanie S. Andrus, Certified Law Student, Salem.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

Reversed and remanded with instructions to dismiss indictment. *State v. Andrade-Torres*, 109 Or App 153, 817 P2d 296 (1991).